UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WALKER, | Case No. 3:19-cv-00768-MMD-WGC |
| Plaintiff | ORDER |
| v. | |
| ISIDRO BACA et al., | |
| Defendants | |

**I.  DISCUSSION**

On January 7, 2021, the Court issued a screening order on the second amended complaint and granted Plaintiff until February 7, 2021 to file a third amended complaint or the case would proceed on other claims.  (ECF No. 5 at 17-18.)  On January 8, 2021, the Court received an undeliverable return mail notice from the Northern Nevada Correctional Center.  (ECF No. 7).  On January 14, 2021, Plaintiff submitted a change of address notice indicating he was now incarcerated at the Washoe County Detention Facility ("WCDF").  (ECF No. 8.)  The Clerk of the Court sent Plaintiff a courtesy copy of the screening order to the WCDF on January 15, 2021.  On February 1, 2021, Plaintiff submitted a change of address notice indicating he was now housed at the Nevada Southern Detention Center ("NSDC") in Pahrump, Nevada, and noted that he had not received a screening order in this case.  (ECF No. 9.)

The Court now sends Plaintiff another courtesy copy of the screening order (ECF No. 5) to Plaintiff at NSDC.  The Court also extends the deadline to file a third amended complaint, if Plaintiff so chooses, until Wednesday, March 3, 2021.  If Plaintiff chooses not to file a third amended complaint, this case will proceed immediately and only against Defendants Fryer (Claim 1–unsafe prison conditions); Walker, Conley, Walsh, and Baca (Claim 1–conditions of confinement); Walsh, Samsel, Garcia, Ward, Mooney, Santos, and Bloomfield (Claim 2–conditions of confinement); Samsel, Ward, Santos, Bloomfield, and Garcia (Claim 3–deliberate indifference to serious medical needs); Dunbar, Walsh, Baca,

Singletary, Wickham, and Dzurenda (Claim 4–denial of access to the courts and right to self-representation); and Morris (Claim 5–retaliation).  (*See* ECF No. 5 at 18).

For the foregoing reasons, the Clerk of the Court will send Plaintiff a courtesy copy of the screening order (ECF No. 5), second amended complaint (ECF No. 6), approved form for filing a 42 U.S.C. § 1983 complaint, and instructions for the same to Plaintiff at the address on file.

It is further ordered that Plaintiff will file his third amended complaint on or before Wednesday, March 3, 2021.

It is further ordered that, if Plaintiff fails to timely file his third amended complaint, this action will proceed immediately and only against Defendants Fryer (Claim 1–unsafe prison conditions); Walker, Conley, Walsh, and Baca (Claim 1–conditions of confinement); Walsh, Samsel, Garcia, Ward, Mooney, Santos, and Bloomfield (Claim 2–conditions of confinement); Samsel, Ward, Santos, Bloomfield, and Garcia (Claim 3–deliberate indifference to serious medical needs); Dunbar, Walsh, Baca, Singletary, Wickham, and Dzurenda (Claim 4–denial of access to the courts and right to self-representation); and Morris (Claim 5–retaliation).

DATED: February 3, 2021.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE