UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WALKER ABRAMS,<br><br>Plaintiff<br><br>v.<br><br>ISIDRO BACA, et. al.,<br><br>Defendants | Case No.: 3:19-cv-00768-MMD-WGC<br><br>**Order**<br><br>Re: ECF No. 42 |

Before the court is Plaintiff's "Motion to have Defendants Served by U.S. Marshalls" (ECF No. 42). In this motion, Plaintiff requests the Attorney General's Office "help and assist in the locating and serving C/O Garcia, C/O Singleton, CNS Dunbar, C/O Morris, and C/O Roger Mooney." (*Id.* at 1.)

On October 27, 2021, the court granted Plaintiff's motion for extension of time and gave Plaintiff up to and including January 25, 2022, to locate and serve Defendants Dunbar, Garcia, Singleton, Morris and Mooney. (ECF No. 40 at 2.) The court further directed the Attorney General's Office to "cooperate with Plaintiff to properly identify the remaining defendants." (*Id.*) Plaintiff states he "has written notice to the NV Att General's office but has heard nothing in return." (ECF No. 42 at 1.)

It has come to the court's attention that the Attorney General's Office represents Defendant Roger Mooney in another case Plaintiff has pending in U.S. District Court: *Walker v. Baca, et al.*,

3:19-cv-00021-MMD-WGC. Additionally, the Attorney General's Office represents Defendant Garcia in *Klein v. Williams, et al.*, 3:19-cv-00300-MMD-CLB.

**IT IS HEREBY ORDERED** that the Attorney General's Office shall advise the court **within ten (10) days of the date of this order** whether it can accept service on behalf of Defendants Mooney and Garcia based on the information above.

**IT IS FURTHER ORDERED** that the Attorney General's Office is again directed to cooperate with Plaintiff to properly identify Defendants Singleton, Dunbar and Morris. The Attorney General's Office shall file a Notice with the court on or before **Wednesday, January 26, 2022**, regarding the parties' efforts on identifying these Defendants.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion to have Defendants Served by U.S. Marshalls" (ECF No. 42) is **DENIED** without prejudice.

Dated: January 11, 2022.

_____
William G. Cobb
United States Magistrate Judge