UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN WALKER, | Case No. 3:19-cv-00768-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff John Walker filed a second amended complaint on January 7, 2021. (ECF No. 6.) On October 5, 2021, the Court issued a notice of intent to dismiss Defendants Garcia, Singletary, Dunbar, Morris, and Mooney under Fed. R. Civ. P. 4(m) unless proof of service is filed by November 4, 2021. (ECF No. 38.) The Court extended the deadline to and including January 25, 2022, and extended it again, to and including February 25, 2022, for which to complete service. (ECF Nos. 40, 49.)

To date, service has been accepted as to Garcia, Singletary, and Mooney. (ECF Nos. 44, 46, 58.) No such proof of service has been filed as to Dunbar and Morris. Accordingly, it is ordered that the claims against Defendants Dunbar and Morris are dismissed without prejudice.

DATED THIS 9th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE