UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN WALKER, | Case No. 3:19-cv-00768-MMD-CSD |
| Plaintiff, | AMENDED ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Defendants. | |

The Court previously issued an order dismissing Defendant Jennifer McCain, f/k/a Jennifer Dunbar, as no proof of service had been filed as of the date of the order. (ECF No. 59 ("Order").) The Court now amends that Order to dismiss Defendant Morris only, as proof of service has been filed in this action with regards to McCain, who was served on March 1, 2022. (ECF Nos. 60, 61.) The Clerk of Court is therefore directed to add Jennifer McCain, f/k/a Jennifer Dunbar, as a named Defendant in this action.

DATED THIS 11th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE