**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN WALKER-ABRAMS,

                                    Plaintiff,

    v.

ISIDRO BACA, et al.,

                                    Defendants.

3:19-cv-00768-MMD-CSD

**ORDER**

Re: ECF No. 94

Before the court is Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment (ECF No. 94). Plaintiff requests an extension to and including December 9, 2022, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 88).

Good cause appearing, Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment (ECF No. 94) is **<u>GRANTED</u>**. Plaintiff shall have to and including **December 9, 2022**, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 88).

**IT IS SO ORDERED.**

DATED:  November 22, 2022.

_____
UNITED STATES MAGISTRATE JUDGE